Form FSS

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Janeen Lynne Leech | Case No.: 15–43135 RLE 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## NOTICE OF FAILURE TO PROVIDE DEBTOR'S SOCIAL SECURITY NUMBER

YOU ARE HEREBY NOTIFIED that the petition for relief you filed on 10/13/15 has been accepted for filing but is defective for the reason indicated below:

☑ The Debtor's Statement of Social Security Number as required by Federal Rule of Bankruptcy Procedure 1007(f) was not submitted

☐ The petition did not include the last four digits of the Debtor's Social Security Number as required by Federal Rule of Bankruptcy Procedure 1005

Note: Joint debtors must provide information for both spouses.

NOTICE IS FURTHER GIVEN that the debtor(s) must file the document(s) indicated above within seven (7) days of the date of this notice, or your case may be dismissed without further notice.

Dated: 10/14/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court